IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE ANDROGEL ANTITRUST LITIGATION (II) | CASE NO. 1:09-MD-2084-TWT<br><br>END-PAYOR CLASS ACTION |
| FRATERNAL ORDER OF POLICE, FORT LAUDERDALE LODGE 31, INSURANCE TRUST FUND, on behalf of itself and all others similarly situated,<br>Plaintiff,<br>v.<br>UNIMED PHARMACEUTICALS, INC., ET AL.<br><br>Defendants. | CASE NO. 1:09-CV-2914-TWT |
| GEORGE STEVEN LEGRAND, on behalf of himself and all others similarly situated,<br>Plaintiff,<br>v.<br>UNIMED PHARMACEUTICALS, INC., ET AL.<br>Defendants. | CASE NO. 1:10-CV-02883-TWT |
| HEALTH NET, INC.,<br>Plaintiff,<br>v.<br>SOLVAY PHARMACEUTICALS, INC. and UNIMED PHARMACEUTICALS, INC.,<br>Defendants. | CASE NO. 1:11-cv-334-TWT |

**END-PAYOR CLASS PLAINTIFFS' AMENDED NOTICE OF TAKING
VIDEOTAPED DEPOSITION OF MARIANNE C. MANN**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure, End-Payor Class Plaintiffs, through their counsel, will take the deposition of Marianne C. Mann at 9:30 am on January 11, 2012.  The deposition will be videotaped and the testimony transcribed by a court reporter. The deposition is being taken for all purposes permissible under the Federal Rules of Civil Procedure, including for use at trial. The deposition will take place at:

Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Suite 500 West
Washington DC 20005

Date: January 3, 2011.

/s Marshall P. Dees
Marshall P. Dees
Georgia Bar No. 105776
Holzer Holzer & Fistel, LLC
200 Ashford Center North, Suite 300
Atlanta, GA  30338
Telephone: 770-392-0090
Facsimile: 770-392-0029
Email: wstone@holzerlaw.com

Jayne A. Goldstein
Shepherd, Finkelman, Miller & Shah, LLP
1640 Town Center Circle, Suite 216
Weston, FL  33326
Telephone: (954) 515-0123
Facsimile: (954) 515-0124

Thomas M. Sobol
Edward Notargiacomo

1

HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

*Attorneys for End-Payor Class Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to Defendants' written consent to receive service of discovery requests via electronic means, I hereby certify that on January 3, 2011, I served by electronic mail End Payor Class Plaintiffs' Amended Notice of Taking the Videotaped Deposition of Marianne C. Mann on the following attorneys of record for Defendants:

    Mark W. Ryan – mryan@mayerbrown.com
    John Roberti – jroberti@mayerbrown.com
    Jeffrey Weinberger – Jeffrey.Weinberger@mto.com
    Rohit Singla – Rohit.Singla@mto.com
    Christopher J. Kelly – cjkelly@mayerbrown.com
    Teresa Bonder – Teresa.bonder@alston.com
    Matthew Kent – matthew.kent@alston.com
    Rebecca Valentine – rvalentine@mayerbrown.com
    Steven Sunshine – Steven.Sunshine@skadden.com
    Julia York – Julia.York@skadden.com
    Maria Raptis – Maria.Raptis@skadden.com
    David Rabin – drabin@mmmlaw.com
    Jason Eakes – jeakes@mmmlaw.com
    Eric Grannon – egrannon@washdc.whitecase.com
    J. Mark Gidley – mgidley@washdc.whitecase.com
    Meytel McCoy – mmccoy@wahdc.whitecase.com
    Mark Trigg – triggm@gtlaw.com
    Ryan Grelecki – greleckir@gtlaw.com
    Paul M. Eckles – paul.eckles@skadden.com

In addition, a true and correct copy of this Amended Notice of Deposition has also been filed electronically with the Clerk of Court via ECF.

                                            /s/  Marshall P. Dees